**MIZELL v. K-MART CORPORATION**

[331 N.C. 115 (1992)]

WILLIAM H. MIZELL v. K-MART CORPORATION

No. 410A91

(Filed 5 March 1992)

APPEAL by defendant pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 103 N.C. App. 570, 406 S.E.2d 310 (1991), reversing an order granting summary judgment in favor of defendant entered by *Freeman, J.,* on 11 May 1990 in Superior Court, GUILFORD County, and remanding for a jury trial. Heard in the Supreme Court 13 February 1992.

*Spencer W. White for plaintiff-appellee.*

*Adams, Kleemeier, Hagan, Hannah & Fouts, by Clinton Eudy, Jr., and Amiel J. Rossabi, for defendant-appellant.*

PER CURIAM.

Affirmed.